IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JEROME YOUNG,

      Plaintiff,              No. CIV S-03-2225 GEB KJM P

   vs.

J. PULSIPHER, et al.,

      Defendants.       ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 14, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and

1  recommendations.

2          The court has reviewed the file and finds the findings

3  and recommendations to be supported by the record and by the

4  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

5  that:

6          1.  The findings and recommendations filed March 14,

7  2005, are adopted in full; and

8          2.  Defendants' motion to dismiss is denied.

9  Dated:  May 3, 2005

10

11                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
12                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2