IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JEROME YOUNG,

    Plaintiff,                               No. CIV S-03-2225 GEB KJM P

    vs.

J. PULSIPHER, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Before the Court is Plaintiff's motion to compel discovery filed September 12, 2005. <u>See</u> Docket number 27. Plaintiff avers that he has served two sets of discovery on defendants, but that they only responded to the second set and as to the second set, failed to fully answer.

        On September 27, 2005, defendants filed an opposition to the motion, explaining that plaintiff is correct in asserting non-response as to the first set and further explaining that defense counsel received the discovery, sought assistance in responding to it because he was scheduled for surgery beginning July 15, 2005, and would not be back in the office for an extended period of time. Counsel further explained that during his recovery from surgery, serious complications arose involving blood clots and a pulmonary embolism that required further hospitalization and further absence from his office and thus, attendance to this case and

others assigned him.  Finally, counsel explained that he only returned to his office, part-time, on September 19, 2005, and was apprised about the failure to respond to the first set of discovery.

As to the first set of discovery, defendants seek leave, for good cause shown, that they be permitted to respond *nunc pro tunc* to the date responses were originally due.

The court concludes that good cause does exist for defendants' failure to answer the first set of discovery, and so will grant defendants' request for an extension of time *nunc pro tunc*.  The merits of plaintiff's motion to compel will be addressed separately, in an order to follow.

Accordingly, it is hereby ORDERED:

1. Defendants are granted leave to serve their responses to plaintiff's first set of discovery on or before October 17, 2005; such responses shall be deemed timely filed *nunc pro tunc*.

2. Any motion to compel further discovery <u>based on the responses to the first set only</u> shall be filed on or before November 7, 2005, with opposition due two weeks after the motion is filed.  Discovery shall otherwise be deemed closed effective September 9, 2005, as provided by the court's May 12, 2005, scheduling order.

3. The time for filing pretrial motions is extended to December 16, 2005.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
youn2225.eot