IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY GEROME YOUNG,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**J. PULSIPHER, et al.,**<br><br>                              Defendants. | CASE NO. CIV S-03-2225 GEB KJM P<br><br>**ORDER** |

On October 17, 2005, defendants filed a request for an extension of time to serve two of six pending responses to plaintiff's discovery requests; they explain they have served responses on the other four. Defendants explained the delay and need for additional time.

**IT IS SO ORDERED.** The Court grants defendants' request for an extension of time to and including Monday, October 24, 2005, to serve defendants Andreasen's and Bick's responses to plaintiff's first set of interrogatories. Absent extraordinary circumstances, no further requests shall be granted.

DATED: October 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE