IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

        Plaintiff,                  02:03-cv-2225-GEB-KJM-P

  vs.

J. PULSIPHER, et al.,

        Defendants.          ORDER

_____/

        On January 9, 2006, defendants filed a request for reconsideration of the magistrate judge's order filed December 30, 2005, requiring defendants to produce privileged documents. On January 19, 2006, plaintiff filed a document suggesting it was a response to defendants' request, but appears to be independent objections. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 30, 2005, is affirmed.

Dated: January 31, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge