1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   **DANNY GEROME YOUNG,**                                    2:03-CV-2225 GEB KJM P

12                                        Plaintiff,          **ORDER**

13              **v.**

14   **J. PULSIPHER, et al.,**

15                                        Defendants.

16

17          Defendants have requested a 28-day extension of time to March 13, 2006, to file a

18   motion for summary judgment.  Defendants have also requested that the court modify the

19   scheduling order dates for filing pretrial statements and the pretrial conference set in the

20   scheduling order filed May 12, 2005.  This request is moot, as remaining dates in the scheduling

21   order were vacated in this court's order of December 30, 2005.

22          The court finds good cause and grants defendants' request for an extension of time.

23   Defendants shall file their motion for summary judgment on or before March 13, 2006.

24   Dated: February 8, 2006.

25

26   _____

27   UNITED STATES MAGISTRATE JUDGE

28

Order

1