IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

        Plaintiff,             No. CIV S-03-2225 GEB KJM P

   vs.

J. PULSIPHER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' March 13, 2006 motion for summary judgment.  Defendants have filed a response. Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's March 27, 2006 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' March 13, 2006 motion for summary judgment.  Defendants' reply, if any, shall be filed seven days thereafter.

        3.  To the extent plaintiff's motion may be interpreted as a request to reopen discovery, it is denied without prejudice.

DATED:  April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp youn2225.36