BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3867
 Fax: (916) 324-5205

Attorneys for Defendants Jeffrey Pulsipher, Calvin S. Steever, M.D., Joseph A. Bick, M.D. and Raymond L. Andreasen, M.D.
SA2004102331

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY GEROME YOUNG,** | CASE NO. 2:03-CV-2225 GEB KJM P |
| Plaintiff, | |
| v. | **ORDER** |
| **J. PULSIPHER, et al.,** | |
| Defendants. | |

Defendants' request for extension of time to file a Reply to plaintiff's Opposition to Defendants' Motion for Summary Judgment was considered by this court. Good cause appearing, the request is granted. Defendants shall have until June 29, 2006, to file their reply.

IT IS SO ORDERED.

DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

young-eot.wpd

Order

1