IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,                    No. CIV S-03-2225 GEB KJM P

    vs.

J. PULSIPHER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On December 15, 2005, plaintiff filed a motion in limine, asking the court to preclude defendants from introducing four categories of evidence at trial. In light of the pending motion for summary judgment, this motion is premature and is denied without prejudice to its renewal, if necessary, following the resolution of the dispositive motion.

        IT IS SO ORDERED.

DATED: September 27, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

2
youn2225.clr

1