IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

        Plaintiff,                    No. CIV S-03-2225 GEB KJM P

    vs.

J. PULSIPHER, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 22, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 18, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' June 22, 2007 motion for summary judgment on or before August 15, 2007. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 26, 2007.

                                        _____
                                        U.S. MAGISTRATE JUDGE

/mp
youn2225.36