IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

      Plaintiff,                    No. CIV S-03-2225 GEB KJM P

   vs.

J. PULSIPHER, et al.,

      Defendants.          ORDER

                               /

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 22, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 30, 2007 request for an extension of time is granted; and

        2. Plaintiff's August 30, 2007 opposition to defendants' motion for summary judgment is deemed timely filed.

DATED: September 5, 2007.

                                                    U.S. MAGISTRATE JUDGE

/mp
youn2225.36(2)