IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,                    No. CIV S-03-2225 GEB KJM P

    vs.

J. PULSIPHER, et al.,

    Defendants.           <u>ORDER</u>

_____/

        This matter is set for settlement conference before the Honorable Dale A. Drozd on May 8, 2008 at 1:30 p.m. in Courtroom Twenty-Seven. The parties are directed to submit their confidential settlement conference statements directly to the chambers of the settlement judge no later than seven calendar days before the settlement conference. Such statements are neither to be filed with the Clerk nor served on the opposing party. Defendant is directed to have a principal capable of disposition at the settlement conference or to be fully authorized to settle the matter on any terms at the settlement conference.

        Plaintiff's pretrial statement is due on June 6, 2008; defendant's pretrial statement is due on June 20, 2008. Pretrial conference on the pleadings only will be held on June 27, 2008.

/////

/////

1       This matter is set for trial confirmation hearing on August 29, 2008 at 1:30 before the Honorable Garland E. Burrell in Courtroom Ten; plaintiff will appear by videconferencing. Trial is set before the Honorable Garland E. Burrell in Courtroom Ten on October 7, 2008 at 9:00 a.m.

DATED: April 10, 2008.

                                                    U.S. MAGISTRATE JUDGE

2/youn2225.sch