IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**DANNY GEROME YOUNG,**

            Plaintiff,

    v.

**J. PULSIPHER, et al.,**

            Defendants.

2:03-CV-2225 GEB KJM P

**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE PRETRIAL STATEMENT**

        Good cause appearing, Defendant's first request for an extension of time to file his pretrial statement is granted. Defendant's pretrial statement shall be filed 14 days after Plaintiff files his pretrial statement. If Plaintiff does not file a pretrial statement, Defendant is relieved from filing his pretrial statement until further court order.

        Plaintiff is directed to file his pretrial statement within seven days of the date of this order. Failure to respond to this order will result in a recommendation that the action be dismissed.

        IT IS SO ORDERED.

Dated: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendant's First Request for an Extension of Time to File Pretrial Statement

1