UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

        Plaintiff,                No. CIV S-03-2225 GEB KJM P

  vs.

J. PULSIPHER, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

      DANNY GEROME YOUNG, inmate # C-53235, a necessary and material party in proceedings in this case on August 27, 2008, is confined in Salina Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Kimberly J. Mueller, on August 27, 2008, at 11:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California 93960-1020:**

      **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 8, 2008.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

/ke
youn2225.841lkktch