IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

      Plaintiff,                      No. CIV S-03-2225 KJM P

   vs.

J. PULSIPHER, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Upon review of plaintiff's motion for appointment of counsel and the documents on file and good cause appearing therefor, the court finds as follows:

        1. Efforts to obtain legal representation without order of this court would be futile;

        2. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and plaintiff is otherwise without resources to obtain counsel;

        3. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

        4. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

1

1  5. This case has sufficient merit to warrant appointment pursuant to General
2 Order No. 230.
3  Therefore, this court orders as follows:
4  1. David B. Tillotson, Esq., Janin, Morgan & Brenner, 220 Bush Street, 17th
5 Floor, San Francisco, CA 94104 is appointed as attorney for plaintiff pursuant to General Order
6 No. 230;
7  2. Counsel is directed to contact the Clerk's Office to make arrangements for
8 copies of the file, and the Clerk's Office is directed to provide counsel with a copy of the file
9 without charge;
10  3. Counsel shall submit all deposition transcript costs, if any, for payment
11 pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated
12 costs shall be handled as described in General Order No. 230;
13  4. This case is set for trial confirmation hearing on Wednesday, August 27, 2008,
14 at 11:00 a.m. in Courtroom Twenty-Six; and
15  5. The Clerk of the Court is directed to serve a copy of this order on David B.
16 Tillotson, Esq., at the address shown above.
17 DATED: August 8, 2008.

_____
U.S. MAGISTRATE JUDGE

2

youn2225.31b