IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,                    No. CIV S-03-2225 KJM P

    vs.

J. PULSIPHER,                    ORDER

    Defendant.

_____/

        This matter was on calendar on August 27, 2008 for trial confirmation hearing. David Tillotson, Esq., appeared for plaintiff, who was present; Van Kamberian, Deputy Attorney General, appeared for defendant.

        The court considered defendant's objections to the pretrial order; plaintiff's newly-appointed counsel will be given until September 5, 2008 to file any response to the pretrial order itself and to defendant's objections, as well as to reach any stipulations with respect to defendant's objections for the court's consideration.

        Trial is confirmed for January 12, 2009 at 10:00 a.m. in Courtroom 26.

        IT IS SO ORDERED:

DATED: August 28, 2008.

_____
U.S. MAGISTRATE JUDGE

2
youn2225.oah

1