1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

      Plaintiff,                  No. CIV S-03-2225 KJM P

     vs.

J. PULSIPHER,

      Defendant.              ORDER

_____/

        This matter is currently set for jury trial on January 12, 2009 at 10:00 a.m. Plaintiff has requested a continuance of the trial date in order to pursue settlement; he has also asked leave to file an amended complaint.

        Defendant does not oppose the continuance or the referral to Magistrate Judge Nandor Vadas for settlement; he does oppose plaintiff's request to amend the complaint.

        Although the court will not address the motion to amend the complaint at this time, the motion for a continuance to allow for a further settlement conference is appropriate.

        IT IS THEREFORE ORDERED:

        1.  The jury trial date of January 12, 2009 is hereby vacated;

        2. The writ of habeas corpus ad testificandum issued December 30, 2008 for Danny Gerome Young, C-53235 is hereby vacated;

1

3. The Clerk of the Court is directed to serve a copy of this order on Michael S. Evans, Warden, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960 and on the Out-To-Court Desk, California State Prison -Sacramento, P.O. Box 290007, Represa, California 95671;

4. The case is referred to Magistrate Judge Nandor Vadas for a settlement conference. The parties are directed to contact Gloria Masterson, Courtroom Deputy to Magistrate Judge Vadas, within ten days of the filed date of this order to arrange a date for the settlement conference and shall file a letter on the docket memorializing the date;

5. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038;

6. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings; and

7. The case is set for a status conference on February 25, 2009 at 10:00 a.m. in Courtroom 26.

DATED: January 6, 2009.

_____
U.S. MAGISTRATE JUDGE