IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JEROME YOUNG,

     Plaintiff,                    No. CIV S-03-2225 KJM P

   vs.

J. PULSIPHER, et al.,

     Defendants.           <u>ORDER</u>

                                 /

        The case is currently set for a status conference on February 25, 2009 at 10:00 a.m.  A settlement conference is set for March 9, 2009.

        IT IS HEREBY ORDERED that defendant's request to reschedule the status conference (docket no. 162) is granted, the status conference date of February 25, 2009 is vacated, and the matter is reset for status conference on Wednesday, March, 25, 2009 at 10:00 a.m. in Courtroom Twenty-Six.

DATED:  February 11, 2009.

                                                    U.S. MAGISTRATE JUDGE

2
youn2225.vsc