IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

     Plaintiff,                   No. CIV S-03-2225 KJM P

   vs.

LT. PULSIPHER,

     Defendant.                 <u>ORDER</u>

         Upon the parties' stipulation, the status conference, currently set for March 25, 2009, is hereby vacated and is reset to June 3, 2009 at 10:00 a.m. in Courtroom 26.

         IT IS SO ORDERED.

DATED: March 23, 2009.

_____
U.S. MAGISTRATE JUDGE

2
youn2225.ord