IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,

    v

J. PULSIPHER, et al.,

    Defendants.

Case No C 03-2225 KJM

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was held on March 9, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Van Kamberian

    ☒ Other: Plaintiff's counsel, David Tillotson

1  (2)   The following individuals, parties, and/or representatives did not appear:
2  (3)   The outcome of the proceeding was:
3         ☐ The case has been completely settled.
4         ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7         ☒ The parties agree to an additional follow up settlement in 60 days. Parties to
8         contact Judge Vadas' chambers to arrange date and time.
9         _____.
10        ☐ The parties are unable to reach an agreement at this time.
11
12 Date: 3/25/09                                   _____
                                                  Nandor J Vadas
13                                                United States Magistrate Judge
                                                  Sitting by Designation
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28