## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

        Plaintiff,                No. CIV S-03-2225 KJM P

vs.

J. PULSIPHER,

        Defendant.           **ORDER & WRIT OF HABEAS CORPUS**
                                        /           **AD TESTIFICANDUM**

        Danny Gerome Young, inmate # C-53235, a necessary and material witness in proceedings in this case on November 16, 2009, is confined in Salinas Valley State Prison, in the custody of the Warden, Anthony Hedgpeth; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States Courthouse, 501 I Street, Sacramento, California on November 16, 2009, at 10:00 a.m..

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671 and by fax 916-294-3125. The Clerk is to also serve a courtesy copy on the Warden by fax 831-678-5503.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden Anthony Hedgpeth, Salinas Valley State Prison, 31625 Highway 101, PO Box 1020, Soledad, California 93960-1020:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 27, 2009.

                                                                  U.S. MAGISTRATE JUDGE

/kly
youn2225.841