IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

    Plaintiff,               No. CIV S-03-2225 KJM

  vs.

Lt. PULSIPHER,

    Defendant.          ORDER

_____/

The parties have notified the court that they have reached a settlement in this case.

IT IS THEREFORE ORDERED:

1. The trial set for December 14, 2009 is vacated;

2. The writ of habeas corpus ad testificandum directing the Warden to produce Danny Gerome Young for trial on December 14, 2009 is vacated;

3. The parties are directed to file dispositional documents within thirty days of the date of this order. The court will entertain requests to extend the thirty day period if good cause is shown for an extension.

DATED: December 10, 2009.

2/youn2225.vt

U.S. MAGISTRATE JUDGE