IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GEROME YOUNG,

       Plaintiff,                 No. CIV S-03-2225 KJM P

     vs.

J. PULSIPHER, et al.,

       Defendants.          ORDER

_____/

         On February 19, 2010, this case was closed after the parties filed a stipulation for voluntary dismissal, stemming from the settlement of the case.

         On September 14, 2010, plaintiff filed a motion to enforce the settlement agreement, alleging that he had not received the monetary settlement underlying the stipulation for dismissal.   He quoted the agreement, which expressly notified him that payment might be delayed beyond the 180 days if there was a delay in adopting the state budget.   Docket No. 185 at 1, 4.

         Defendants have filed a notice that with the adoption of the budget, the settlement money has been sent to plaintiff.

         IT IS THEREFORE ORDERED that the motion to enforce the settlement (docket no. 185) is denied.

DATED:  November 8, 2010.

2/youn2225.ord

_____
U.S. MAGISTRATE JUDGE

1